UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br> FERNANDO CARTAGENA <br> JODI MICHELLE CARTAGENA, <br> Debtors | Case No.: 18-20267(CMG) <br> Chapter: 13 <br> Judge: Christine M. Gravelle |

## NOTICE OF PROPOSED PRIVATE SALE

_____Fernando Cartagena_____, _____Jodi Cartagena_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __October 3, 2018__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __Trenton, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  116 Barracuda Road, Manahawkin, NJ 08050

Proposed Purchaser:  Frederick Kilichowski and Brian Kilichowski

Sale price: 230,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Pittenger Realty /Long&Foster Real Estate/ William H. Oliver, Jr.
Amount to be paid:  3% of Sale Price/3% of Sale Price/Amount as will appear in HUD
Services rendered:  Real Estate Broker/ Real Estate Broker/Attorney for Seller

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Fernando Cartagena  
Jodi Michelle Cartagena  
     Debtors  

Case No. 18-20267-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 2                Date Rcvd: Sep 04, 2018
                              Form ID: pdf905              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2018.
```
db/jdb         +Fernando Cartagena,   Jodi Michelle Cartagena,    116 Barracuda Road,
                 Manahawkin, NJ 08050-1201
cr             +DITECH FINANCIAL LLC,    RAS CITRON, LLC,    Bankruptcy Department,    130 Clinton Road Suite 202,
                 Fairfield, NJ 07004-2927
r              +Long & Foster Real Estate,    200 West Route 38,    Moorestown, NJ 08057-3225
r              +Pittenger Realty,    2240 Highway 33, Suite 111,    Neptune, NJ 07753-6121
517571267      +Brielle Orthopedics,    457 Jack Martin Blvd,    Brick, NJ 08724-7776
517543722       Ditech Financial LLC,    c/o McCabe Weisberg & Conway,    216 Haddon Avenue,    Westmont, NJ 08108
517571268      +Hackensack Meridian Health,    PO Box 419801,    Boston, MA 02241-9801
517543724      +NJ Division of Taxation,    Neptune Investigation,    1828 West Lake Ave., 3rd Flr.,
                 Neptune, NJ 07753-4663
517543725     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
517571265      +Stafford Twp Tax Collector,    260 East Bay Avenue,    Manahawkin, NJ 08050-3330
517571269      +Two River Physician Assoc.,    66 West Gilbert St.,    Red Bank, NJ 07701-4947
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2018 23:41:37     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2018 23:41:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517664245       E-mail/Text: bankruptcy.bnc@ditech.com Sep 04 2018 23:41:08     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
517543723       E-mail/Text: cio.bncmail@irs.gov Sep 04 2018 23:40:56     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517571266      +E-mail/Text: collector@twp.stafford.nj.us Sep 04 2018 23:41:59      Stafford Twp Water & Sewer,
                 260 East Bay Avenue,    Manahawkin, NJ 08050-3330
517545521      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:32     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 6
```

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Harold N. Kaplan    on behalf of Creditor    DITECH FINANCIAL LLC hkaplan@rasnj.com,
               informationathnk@aol.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Jodi Michelle Cartagena bkwoliver@aol.com,
               R59915@notify.bestcase.com
```

```
District/off: 0312-3            User: admin               Page 2 of 2              Date Rcvd: Sep 04, 2018
                                Form ID: pdf905           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William H. Oliver, Jr.    on behalf of Debtor Fernando  Cartagena bkwoliver@aol.com, R59915@notify.bestcase.com

                                                                                                     TOTAL: 7