Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–20267–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fernando Cartagena
116 Barracuda Road
Manahawkin, NJ 08050

Jodi Michelle Cartagena
116 Barracuda Road
Manahawkin, NJ 08050

Social Security No.:
    xxx–xx–1008                                      xxx–xx–0381

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on October 3, 2018.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 4, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-20267-CMG
Fernando Cartagena                                                      Chapter 13
Jodi Michelle Cartagena
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2              Date Rcvd: Oct 04, 2018
                              Form ID: 148           Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db/jdb         +Fernando Cartagena,  Jodi Michelle Cartagena,   116 Barracuda Road,
                 Manahawkin, NJ 08050-1201
cr             +DITECH FINANCIAL LLC,   RAS CITRON, LLC,   Bankruptcy Department,   130 Clinton Road Suite 202,
                 Fairfield, NJ 07004-2927
r              +Long & Foster Real Estate,   200 West Route 38,   Moorestown, NJ 08057-3225
r              +Pittenger Realty,   2240 Highway 33, Suite 111,   Neptune, NJ 07753-6121
517571267      +Brielle Orthopedics,   457 Jack Martin Blvd,   Brick, NJ 08724-7776
517543722       Ditech Financial LLC,   c/o McCabe Weisberg & Conway,   216 Haddon Avenue,   Westmont, NJ 08108
517571268      +Hackensack Meridian Health,   PO Box 419801,   Boston, MA 02241-9801
517543724      +NJ Division of Taxation,   Neptune Investigation,   1828 West Lake Ave., 3rd Flr.,
                 Neptune, NJ 07753-4663
517543725     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Division of Taxation,   Bankruptcy Unit,
                 P.O. Box 245,   Trenton, NJ 08695-0245)
517571265      +Stafford Twp Tax Collector,   260 East Bay Avenue,   Manahawkin, NJ 08050-3330
517571269      +Two River Physician Assoc.,   66 West Gilbert St.,   Red Bank, NJ 07701-4947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 23:50:03     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2018 23:50:00     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517664245       E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2018 23:49:42     Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
517543723       EDI: IRS.COM Oct 05 2018 03:23:00     Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517571266      +E-mail/Text: collector@twp.stafford.nj.us Oct 04 2018 23:50:18     Stafford Twp Water & Sewer,
                 260 East Bay Avenue,   Manahawkin, NJ 08050-3330
517545521      +EDI: RMSC.COM Oct 05 2018 03:23:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo   docs@russotrustee.com
        Harold N. Kaplan   on behalf of Creditor   DITECH FINANCIAL LLC hkaplan@rasnj.com,
         informationathnk@aol.com
        Laura M. Egerman   on behalf of Creditor   DITECH FINANCIAL LLC bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Rebecca Ann Solarz   on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Oct 04, 2018
                                 Form ID: 148              Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           William H. Oliver, Jr.    on behalf of Joint Debtor Jodi Michelle Cartagena bkwoliver@aol.com,
            R59915@notify.bestcase.com
           William H. Oliver, Jr.    on behalf of Debtor Fernando  Cartagena bkwoliver@aol.com,
            R59915@notify.bestcase.com
                                                                                     TOTAL: 8