| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey<br><br>Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on October 3, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br><br>Fernando Cartagena<br>Jodi Michelle Cartagena<br><br><br>Debtor(s) | Case No.: 18-20267 / CMG<br><br>Chapter: 13<br><br>Hearing Date: October 3, 2018<br><br>Judge:  Christine M. Gravelle |

### CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: October 3, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to make all required pre-confirmation payments to the Trustee
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

The Chapter 13 Standing Trustee may pay the balance of the standard attorney fees to the debtor's counsel in the amount of $2,010.00 from available funds on hand received prior to dismissal.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Fernando Cartagena  
Jodi Michelle Cartagena  
      Debtors

Case No. 18-20267-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 04, 2018  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.  
db/jdb        +Fernando Cartagena,    Jodi Michelle Cartagena,    116 Barracuda Road,    Manahawkin, NJ 08050-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
       Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
       Albert Russo    docs@russotrustee.com  
       Harold N. Kaplan    on behalf of Creditor    DITECH FINANCIAL LLC hkaplan@rasnj.com, informationathnk@aol.com  
       Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
       Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William H. Oliver, Jr.    on behalf of Joint Debtor Jodi Michelle Cartagena bkwoliver@aol.com, R59915@notify.bestcase.com  
       William H. Oliver, Jr.    on behalf of Debtor Fernando Cartagena bkwoliver@aol.com, R59915@notify.bestcase.com  
                                                                 TOTAL: 8